NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7100

ROBERT W. JOHNSON,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-0801, Judge Ronald M. Holdaway.

ON MOTION

ORDER

The Secretary of Veterans Affairs submits a status report in response to this court's July 30, 2009 order and moves to summarily affirm the judgment of the United States Court of Appeals for Veterans Claims in light of this court's en banc decision in Henderson v. Shinseki, 589 F.3d 1201 (Fed. Cir. 2009). Robert W. Johnson opposes and separately moves without opposition to stay the briefing schedule in this appeal pending the expiration of the period in which to file a petition for writ of certiorari in Henderson v. Shinseki, 589 F.3d 1201 (Fed Cir. 2009).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to summarily affirm is denied without prejudice to renewal.

(2) The motion to stay the briefing schedule pending the Supreme Court's final disposition of Henderson is granted. The parties are directed to inform this court,

within 14 days of the Supreme Court's final disposition of <u>Henderson</u>, concerning how they believe that this appeal should proceed.

FOR THE COURT

<u>APR 3 0 2010</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David Allen Prange, Esq.
     Tara K. Hogan, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2010

JAN HORBALY
CLERK

2009-7100                                    2